PROB 12B
(7/93)

# United States District Court

for the

Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

Name of Offender: Cecilio Mendoza-Magana         Case Number: 2:13CR02094-TOR-018

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 10, 2014      Type of Supervision: Supervised Release

Original Offense: Misprision of a Felony, 18 U.S.C. § 4      Date Supervision Commenced: September 10, 2014

Original Sentence: Prison - 3 D; TSR - 12 M        Date Supervision Expires: September 9, 2015

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

**Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

### CAUSE

This officer is respectfully recommending the Court waive the aforementioned drug testing requirement for this defendant. Mr. Mendoza-Magana has on-going medical issues with his colon and digestive system, and he does not have a history of substance abuse. Taking into consideration this defendant's medical issues and his low risk to use controlled substances, this officer believes the drug testing condition is unnecessary.

Respectfully submitted,

by    s/SanJuanita B. Coronado

SanJuanita B. Coronado
U.S. Probation Officer
Date:  November 4, 2014

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

November 4, 2014

Date